UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br>　　　　　Petitioner,<br>　　v.<br>RICK BARRIOS, et al.,<br>　　　　　Respondents. | Case No. 14-cv-01176-WHO (PR)<br><br>**ORDER REOPENING ACTION;**<br><br>**ORDER OF TRANSFER** |

　　　　This federal habeas action was dismissed because petitioner Fisher failed to perfect his application to proceed *in forma pauperis* ("IFP"), or pay the full filing fee of $5.00. He has since filed a motion to alter the judgment (Docket No. 8) and more IFP documentation. The Court construes the motion to alter the judgment as a motion to reopen. So construed, it is GRANTED. The action is REOPENED and the Clerk is directed to amend the docket accordingly. The judgment (Docket No. 7) and the order of dismissal (Docket No. 6) are VACATED.

　　　　Fisher challenges a conviction he suffered in the Kern County Superior Court, which lies in the Eastern District. Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

　　　　**IT IS SO ORDERED.**

**Dated:** May 9, 2014

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RICK BARRIOS et al,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV14-01176 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 9, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Gary Francis Fisher F85263
California Health Care Facility D-5A-111
P.O. Box 32080
Stockton, CA 95213

Dated: May 9, 2014

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Jean Davis, Deputy Clerk