UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>    Petitioner,<br><br>    v.<br><br>RICK BARRIOS, et al.,<br><br>    Respondent. | 1:14 -cv-00895 AWI-JLT (HC)<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br><br>(Docs. 3, 10) |

Petitioner has requested the appointment of counsel, apparently contending that his physical and mental condition makes it difficult for him to represent himself.

There exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984). However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

In the present case, the Court has reviewed the documents attached to Petitioner's motion as well as the motion itself, which is clear, understandable, and complete with citations to legal authorities. Based on the foregoing, the Court does not find that the interests of justice require the appointment of counsel at the present time.

///

///

Accordingly, Petitioner's request for appointment of counsel is **DENIED**.

IT IS SO ORDERED.

Dated:   **June 17, 2014**                                    **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE