UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER,<br><br>    Petitioner,<br><br>  v.<br><br>RICK BARRIOS, et al.,<br><br>    Respondents. | Case No.: 1:14-cv-00895-AWI-JLT<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL (Doc. 27)<br><br>ORDER DENYING AS MOOT PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL AND FOR A PRELIMINARY INJUNCTION (Doc. 17) |

Petitioner is a state prisoner proceeding in propria persona with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant petition was filed on March 13, 2014 in the Sacramento Division of this Court. (Doc. 1). On June 4, 2014, Petitioner filed a motion for preliminary injunction and a motion to appoint counsel. (Doc. 17). The matter was transferred to the Fresno Division on June 12, 2014. (Doc. 19). On July 24, 2014, Petitioner filed a second motion for appointment of counsel. (Doc. 27). On August 27, 2014, the Court issued Findings and Recommendations to dismiss the second amended petition for lack of jurisdiction. (Doc. 29). On October 24, 2014, the District Judge adopted those Findings and Recommendations, entered judgment, and close the file. (Doc. 30). Because the petition has been dismissed and the case closed, both of those pending motions are moot.

**ORDER**

For the foregoing reasons, it is HEREBY ORDERED that Petitioner's motion for appointment of counsel (Doc. 27), is DENIED AS MOOT. Petitioner's motion for appointment of counsel and

1

motion for preliminary injunction (Doc. 17), is also DENIED AS MOOT.

IT IS SO ORDERED.

Dated: **January 29, 2015**              **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE